**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TOMASKO & KORANDA, P.C., RONALD T. TOMASKO, AND MICHAEL A. KORANDA, | : No. 754 MAL 2019 |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| IRA H. WEINSTOCK, P.C., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.